**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                                              Case No. 18-21066-PGH
                                                                                                        Chapter 13

ANDREA HEPBURN
           Debtor        /

**RESPONSE TO MOTION FOR RELIEF FROM STAY**
**FILED BY SELECT PORTFOLIO SERVICING, INC.**

The Debtor, ANDREA HEPBURN, files this Response to Motion for Relief from Stay Filed by Select Portfolio Servicing, Inc. (DE #67) and states as follows:

1. On February 14, 2019, the Court entered an Order Confirming Chapter 13 Plan (DE #43), approving the Third Amended Chapter 13 Plan (the "3AP"; DE #40).

2. On November 1, 2018, Select Portfolio Servicing, Inc. ("SPS") filed Proof of Claim #2 reflecting an arrearage in the amount of $49,825.16 and total monthly payment in the amount of $1,079.46, which the 3AP conformed to.

3. On June 3, 2019, the Court entered an Order Granting Motion to Modify Plan (DE #60), approving the Second Modified Chapter 13 Plan (the "2MP"; DE #55).

4. On February 3, 2020, Select Portfolio Servicing, Inc. ("SPS") filed a Motion for Relief from Stay (the "Motion"; DE #67) indicating that the Debtor was four (4) months past due with her payments as of September 1, 2019.

5. On February 3, 2020, upon receipt of Motion, the undersigned counsel reviewed the Debtor's financials on the Chapter 13 Trustee's website and reached out to counsel for SPS via email in an attempt to clarify and resolve the matter.

6. SPS has received payments before *and* after September 1, 2019 as reflected on the Chapter 13 Trustee's disbursement ledger (Exhibit "A").

7. Although SPS has filed four (4) Notices of Mortgage Payment Change over the course of this case, the Debtor's 2MP sufficiently pays the regular monthly payment amount.

8. A Motion to Modify Plan is being filed contemporaneously with the instant Response conforming to all four (4) Notices of Mortgage Payment Change, reducing the Debtor's monthly Plan payment.

9. The Debtor respectfully requests that this Honorable Court deny the Motion for Relief from Stay Filed by Select Portfolio Servicing, Inc. (DE #67).

**I HEREBY CERTIFY** that a true and correct copy of this Response to Motion for Relief from Stay Filed by Select Portfolio Servicing, Inc. was served upon the parties listed immediately below via CM/ECF and/or U.S. Mail on this 27th day of February, 2020.

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

ReShaundra M Suggs on behalf of Creditor Select Portfolio Servicing Inc., As Loan Servicer For Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates
BKECF@clegalgroup.com, ReShaundra.suggs@clegalgroup.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

All parties on the Court's attached mailing matrix

    Respectfully Submitted:
    **VAN HORN LAW GROUP, P.A.**
    330 N. Andrews Ave., Suite 450
    Fort Lauderdale, Florida 33301
    (954) 765-3166
    (954) 756-7103 (facsimile)
    Chad@cvhlawgroup.com
    By: /s/ Chad Van Horn, Esq.
    Chad Van Horn, Esq.
    FL Bar #64500